# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002049673
Search Results: Displaying 1 of 1 entries



*Published Group of Photos, *EXCLUSIVE* Kourtney Kardashian enjoys a lunch...*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002049673 / 2017-05-26 |
| **Application Title:** | Published Group of Photos, *EXCLUSIVE* Kourtney Kardashian enjoys a lunch date with model Younes Bendjima! - set number BGUS_836128 - 26 images, 5/3/2017. |
| **Title:** | Published Group of Photos, *EXCLUSIVE* Kourtney Kardashian enjoys a lunch date with model Younes Bendjima! - set number BGUS_836128 - 26 images, 5/3/2017. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | AKM-GSI Media, Inc., Transfer: By written agreement. Address: 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-05-03 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *EXCLUSIVE* Kourtney Kardashian enjoys a lunch date with model Younes Bendjima! - set number BGUS_836128 - 26 images |
| **Authorship on Application:** | Carlos Ruano; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, AKM-GSI Media, Inc., 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Contents:** | *EXCLUSIVE* Kourtney Kardashian enjoys a lunch date with model Younes Bendjima! - set number BGUS_836128 - 26 images, 1-26. |
| **Names:** | Ruano, Carlos<br>AKM-GSI Media, Inc. |



**Save, Print and Email (Help Page)**

Select Download Format [Full Record] [Format for Print/Save]

Enter your email address: [          ] [Email]

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002050308
Search Results: Displaying 1 of 1 entries



*[Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002050308 / 2017-01-20 |
| **Application Title:** | Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016. |
| **Title:** | [Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016] |
| **Description:** | Electronic file (eService) |
| **Notes:** | title from appl. |
| **Copyright Claimant:** | AKM-GSI Media, Inc., Transfer: By written agreement. Address: 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-10-29 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group registration of published photographs Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 photos pub. Oct. 29, 2016 |
| **Authorship on Application:** | Devone Byrd; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, AKM-GSI Media, Inc., 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Byrd, Devone<br>AKM-GSI Media, Inc. |



**Save, Print and Email (Help Page)**

Select Download Format [Full Record] [Format for Print/Save]

Enter your email address: [            ] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Justin Bieber is in a good mood after another meal at Nobu
Search Results: Displaying 1 of 1 entries



*Published Group of Photos, Justin Bieber is in a good mood after another...*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002062159 / 2017-08-07 |
| **Application Title:** | Published Group of Photos, Justin Bieber is in a good mood after another meal at Nobu - set number BGUS_937845 - 14 images, published 2017-07-29. |
| **Title:** | Published Group of Photos, Justin Bieber is in a good mood after another meal at Nobu - set number BGUS_937845 - 14 images, published 2017-07-29. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-07-29 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Justin Bieber is in a good mood after another meal at Nobu - set number BGUS_937845 - 14 images |
| **Authorship on Application:** | Julio Toledo; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Toledo, Julio<br>BackGrid USA, Inc. |



**Save, Print and Email (Help Page)**

Select Download Format [Full Record] [Format for Print/Save]

Enter your email address: [           ] [Email]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Group of Photos, *EXCLUSIVE* Amber Rose and 21 Savage take their relationship public at Catch in LA - set number BGUS_905416 - subset PEMA - 28 images, published 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Amber Rose and 21 Savage take their relationship public at Catch in LA - set number BGUS_905416 - subset PEMA
Search Results: Displaying 1 of 1 entries



***Published Group of Photos, *EXCLUSIVE* Amber Rose and 21 Savage take their...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002069876 / 2017-09-26 |
| **Application Title:** | Published Group of Photos, *EXCLUSIVE* Amber Rose and 21 Savage take their relationship public at Catch in LA - set number BGUS_905416 - subset PEMA - 28 images, published 2017-06-29. |
| **Title:** | Published Group of Photos, *EXCLUSIVE* Amber Rose and 21 Savage take their relationship public at Catch in LA - set number BGUS_905416 - subset PEMA - 28 images, published 2017-06-29. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-06-29 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *EXCLUSIVE* Amber Rose and 21 Savage take their relationship public at Catch in LA - set number BGUS_905416 - subset PEMA - 28 images |
| **Authorship on Application:** | Peter Manoukian; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Manoukian, Peter<br>BackGrid USA, Inc. |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
The Kardashian family enjoys a day at Iceland Ice Skating Center - set number BGUS_1000064 - subset RAAK
Search Results: Displaying 1 of 1 entries



*Published Group of Photos, The Kardashian family enjoys a day at Iceland...*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002075932 / 2017-11-06 |
| **Application Title:** | Published Group of Photos, The Kardashian family enjoys a day at Iceland Ice Skating Center - set number BGUS_1000064 - subset RAAK - 40 images, published 2017-09-21. |
| **Title:** | Published Group of Photos, The Kardashian family enjoys a day at Iceland Ice Skating Center - set number BGUS_1000064 - subset RAAK - 40 images, published 2017-09-21. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-09-21 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | The Kardashian family enjoys a day at Iceland Ice Skating Center - set number BGUS_1000064 - subset RAAK - 40 images |
| **Authorship on Application:** | Ramon Alves; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Alves, Ramon  <br>BackGrid USA, Inc. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2018-01-04 13:26:49               Page 1 of 1

Published Group of Photos, *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out? - set number BGUS_1109948 - 19 images, published 2018-01-15



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out?
Search Results: Displaying 1 of 1 entries



*Group Registration of Published Photos, *PREMIUM-EXCLUSIVE* Was Kylie...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002086892 / 2018-01-17 |
| **Application Title:** | Group Registration of Published Photos, *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out? - set number BGUS_1109948 - 13 images, published 2018-01-15. |
| **Title:** | Group Registration of Published Photos, *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out? - set number BGUS_1109948 - 13 images, published 2018-01-15. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-01-15 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out? - set number BGUS_1109948 - 13 images |
| **Authorship on Application:** | Vernon Lamb; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Lamb, Vernon<br>BackGrid USA, Inc. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Published Group of Photos, *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love - set number BGUS_1060819 - 22 images, published 2017-11-16



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love
Search Results: Displaying 1 of 1 entries



***Published Group of Photos, *PREMIUM-EXCLUSIVE* Selena and Justin: It's...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002086933 / 2018-01-10 |
| **Application Title:** | Published Group of Photos, *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love - set number BGUS_1060819 - 22 images, published 2017-11-16. |
| **Title:** | Published Group of Photos, *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love - set number BGUS_1060819 - 22 images, published 2017-11-16. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-11-16 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love - set number BGUS_1060819 - 22 images |
| **Authorship on Application:** | Luis Mejicano; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Mejicano, Luis<br>BackGrid USA, Inc. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2018-02-08 09:00:30                                                                                       Page 1 of 1

Case 2:18-cv-07267-SJO-MRW Document 1-1 Filed 08/17/18 Page 9 of 15 Page ID #:26

ied Group of Photos, *EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops with Migos - set number BGUS_1048271 - 68 images, published 201



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops
Search Results: Displaying 1 of 1 entries



*Published Group of Photos, \*EXCLUSIVE\* Kanye West seems to be working on...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002087527 / 2018-01-12 |
| **Application Title:** | Published Group of Photos, *EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops with Migos - set number BGUS_1048271 - 68 images, published 2017-11-03. |
| **Title:** | Published Group of Photos, *EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops with Migos - set number BGUS_1048271 - 68 images, published 2017-11-03. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-11-03 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops with Migos - set number BGUS_1048271 - 68 images |
| **Authorship on Application:** | Mike Kamara; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Kamara, Mike<br>BackGrid USA, Inc. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002066856
Search Results: Displaying 1 of 1 entries



***Beyonce.***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002066856 / 2017-01-11 |
| **Application Title:** | Group publication of published photos, *EXCLUSIVE* Beyonce celebrates with Jay-Z, Nicki Minaj and T.I. until the early morning - set number AG_146692 - 48 images, published 10/16/16. |
| **Title:** | Beyonce. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | AKM-GSI Media, Inc., Transfer: By written agreement. Address: 700 N. PCH, Suite 200, Redondo Beach, CA, 90277. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-10-16 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *EXCLUSIVE* Beyonce celebrates with Jay-Z, Nicki Minaj and T.I. until the early morning - set number AG_146692 - 48 images |
| **Authorship on Application:** | Marvin Patterson; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Steve Ginsburg, AKM-GSI Media, Inc., 700 N. PCH, Suite 200, Redondo Beach, CA, 90277, (310) 798-9111, sales@akmgsi.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Patterson, Marvin<br>AKM-GSI Media, Inc. |



**Save, Print and Email (Help Page)**
Select Download Format: Full Record   [Format for Print/Save]
Enter your email address: [       ] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Copyright — United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Bebe Rexha heads to Nobu for dinner
Search Results: Displaying 1 of 1 entries



Labeled View

***Bebe Rexha heads to Nobu for dinner - set number BGUS_1119386 - 12 images.***

| | |
|---:|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002099881 / 2018-04-20 |
| **Application Title:** | Bebe Rexha heads to Nobu for dinner - set number BGUS_1119386 - 12 images |
| **Title:** | Bebe Rexha heads to Nobu for dinner - set number BGUS_1119386 - 12 images. [Group registration of published photographs. 12 photographs. 2018-01-23 to 2018-01-23] |
| **Description:** | 12 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-23 to 2018-01-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Marvin Patterson; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (12 photographs): 10458735, 10458736, 10458737, 10458738, 10458739, 10458740, 10458741, 10458742, 10458743, 10458744, 10458745, 10458746 |
| **Names:** | [Patterson, Marvin](#) |
| | [BackGrid USA, Inc.](#) |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002084114
Search Results: Displaying 1 of 1 entries



### *Published Group of Photos, \*PREMIUM-EXCLUSIVE\* Jamie Foxx and Katie Holmes...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002084114 / 2017-12-04 |
| **Application Title:** | Published Group of Photos, *PREMIUM-EXCLUSIVE* Jamie Foxx and Katie Holmes make it official on Romantic Beach Stroll! **MUST CALL FOR PRICING** - set number BGUS_978832 - subset RMBI - 96 images, published 2017-09-05. |
| **Title:** | Published Group of Photos, *PREMIUM-EXCLUSIVE* Jamie Foxx and Katie Holmes make it official on Romantic Beach Stroll! **MUST CALL FOR PRICING** - set number BGUS_978832 - subset RMBI - 96 images, published 2017-09-05. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-09-05 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *PREMIUM-EXCLUSIVE* Jamie Foxx and Katie Holmes make it official on Romantic Beach Stroll! **MUST CALL FOR PRICING** - set number BGUS_978832 - subset RMBI - 96 images |
| **Authorship on Application:** | Rodrigo Fracascio; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Fracascio, Rodrigo<br>BackGrid USA, Inc. |



**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼] [Format for Print/Save]
Enter your email address: [_____] [Email]



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002104024
Search Results: Displaying 1 of 1 entries

***Drake turns heads in his yellow Ferrari at The Nice Guy - set number...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002104024 / 2018-05-22 |
| **Application Title:** | Drake turns heads in his yellow Ferrari at The Nice Guy - set number BGUS_1149721 - 9 images |
| **Title:** | Drake turns heads in his yellow Ferrari at The Nice Guy - set number BGUS_1149721 - 9 images. [Group registration of published photographs. 9 photographs. 2018-02-21 to 2018-02-21] |
| **Description:** | 9 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-02-21 to 2018-02-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Roger Figueroa; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2018 (9 photographs): 11032405, 11032406, 11032407, 11032408, 11032409, 11032410, 11032411, 11032412, 11032413 |
| **Names:** | Figueroa, Roger<br>BackGrid USA, Inc. |