✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.        DATE FILED | United States District Court, Central District of California Western Division - Los Angeles |

| PLAINTIFF | DEFENDANT |
|---|---|
| BACKGRID USA, INC., a California corporation, | VIACOM INC., a Delaware Corporation, et al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attachment A | See Attachment A | See Attachment A |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Attachment A**

| Registration No. | Title | Author |
|---|---|---|
| VA0002049673 | Published Group of Photos, *EXCLUSIVE* Kourtney Kardashian enjoys a lunch date with model Younes Bendjima! - set number BGUS_836128 - 26 images, 5/3/2017. | Carlos Ruano |
| VA0002050308 | [Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016] | Devone Byrd |
| VA0002062159 | Published Group of Photos, Justin Bieber is in a good mood after another meal at Nobu - set number BGUS_937845 - 14 images, published 2017-07-29. | Julio Toledo |
| VA0002069876 | Published Group of Photos, *EXCLUSIVE* Amber Rose and 21 Savage take their relationship public at Catch in LA - set number BGUS_905416 - subset PEMA - 28 images, published 2017-06-29. | Peter Manoukian |
| VA0002075932 | Published Group of Photos, The Kardashian family enjoys a day at Iceland Ice Skating Center - set number BGUS_1000064 - subset RAAK - 40 images, published 2017-09-21 | Ramon Alves |
| VA0002086892 | Group Registration of Published Photos, *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out? - set number BGUS_1109948 - 13 images, published 2018-01-15. | Vernon Lamb |
| VA0002086933 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Selena and Justin: It's Official and It's Love - set number BGUS_1060819 - 22 images, published 2017-11-16 | Luis Mejicano |
| VA0002087527 | Published Group of Photos, *EXCLUSIVE* Kanye West seems to be working on his dad bod by shooting hoops with Migos - set number BGUS_1048271 - 68 images, published 2017-11-03. | Mike Kamara |
| VA0002066856 | Group publication of published photos, *EXCLUSIVE* Beyonce celebrates with Jay-Z, Nicki Minaj and T.I. until the early morning - set number AG_146692 - 48 images, published 10/16/16. | Marvin Patterson |
| VA0002099881 | Bebe Rexha heads to Nobu for dinner - set number BGUS_1119386 - 12 images. [Group registration of published photographs. 12 photographs. 2018-01-23 to 2018-01-23] | Marvin Patterson |
| VA0002084114 | Published Group of Photos, *PREMIUM-EXCLUSIVE* Jamie Foxx and Katie Holmes make it official on Romantic Beach Stroll! **MUST CALL FOR PRICING** - set number BGUS_978832 - subset RMBI - 96 images, published 2017-09-05. | Rodrigo Fracascio |
| VA0002104024 | Drake turns heads in his yellow Ferrari at The Nice Guy - set number BGUS_1149721 - 9 images. [Group registration of published photographs. 9 photographs. 2018-02-21 to 2018-02-21] | Roger Figueroa |